S. Amanda Marshall
Oregon Bar No. 953473
**S. AMANDA MARSHALL LLC**
1813 NW Northrup Street
Portland, Oregon 97209
Telephone: (503) 472-7190
*amanda@maclaw.com*

John P. Kristensen
California Bar No. 224132
(*Pro Hac Vice*)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Blvd.
Beverly Hills, California 90211
Telephone: (310) 273-1230
*kristensen@cz.law*

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON - EUGENE DIVISION

| | |
|---|---|
| MEGAN LAUBE, an individual, KENZA MINKLER, an individual, KIMBERLY AGUIRRE MERAZ, an individual, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DESERT FIRE LLC dba SILVER DOLLAR CLUB, an Oregon Limited Liability Company; DAMON SHRADER, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 6:22-cv-00378-AA <br><br> **COLLECTIVE ACTION** <br><br> **PLAINTIFF KENZA MINKLER'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT** <br><br> Complaint Filed: March 8, 2022 |

**PLAINTIFF KENZA MINKLER'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT**

**COMES NOW** plaintiff Kenza Minkler ("Plaintiff"), by and through undersigned counsel, and submits Plaintiff's Notice of Acceptance Defendants Desert Fire LLc dba Silver Dollar Club, and Damon Shrader (collectively, "Defendants.") Fed. R. Civ. P. 68 Offer of Judgment as follows:

1. Plaintiff filed this action on March 8, 2022. Dkt. 1.

2. On June 23, 2022, Defendants served Plaintiff with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of $11,000.00. *See* **Exhibit 1**.

3. Pursuant to Fed. R. Civ. P. 68, Plaintiff timely serves written notice of her acceptance of the offer via the Court's CM/ECF electronic filing system to Defendants' attorneys of record.

Dated: July 6, 2022

*/s/ John P. Kristensen*
S. Amanda Marshall
Oregon Bar No. 953473
John P. Kristensen
California Bar No. 224132
(*Pro Hac Vice*)

***Attorneys for Plaintiff, individually and on behalf of all others similarly situated***

# CERTIFICATE OF SERVICE

I certify that on Wednesday, July 06, 2022, a true and correct copy of the **PLAINTIFF KENZA MINKLER'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT** was served via CM/ECF on all participants of record, including the person(s) listed below, pursuant to Fed. R. Civ. P. 5.:

Anthony D. Kuchulis
Joseph Q. Ridgeway
**LITTLER MENDELSON, P.C.**
1300 SW 5th Avenue
Wells Fargo Tower – Ste 2050
Portland, Oregon 97201
Telephone: (503) 221-0309
Fax No.: (503) 242-2457
*jridgeway@littler.com*
*akuchulis@littler.com*

**Attorneys for Defendants**

S. Amanda Marshall, OSB No. 953473
**S. AMANDA MARSHALL, ATTORNEY AT LAW, LLC**
1318 NW Northup St.
Portland, Oregon 97209
Tel: (503) 472-7190
*amanda@maclaw.law*
*ruth@maclaw.law*

**Co- Counsel for Plaintiffs**

　　　　　　　　　　　　　　　　　　*/s/ John P. Kristensen*
　　　　　　　　　　　　　　　　　　　　John P. Kristensen