# EXHIBIT 1

Anthony D. Kuchulis, OSB No. 083891
akuchulis@littler.com
Joseph Q. Ridgeway, OSB No. 213011
jridgeway@littler.com
LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon  97201
Telephone:    503.221.0309
Fax No.:        503.242.2457

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MEGAN LAUBE, an individual, KENZA MINKLER, an individual, KIMBERLY AGUIRRE MERAZ, an individual, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>DESERT FIRE LLC dba SILVER DOLLAR CLUB, an Oregon limited liability company; DAMON SHRADER, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 6:22-cv-00378-AA<br><br>DEFENDANTS' SECOND OFFER OF JUDGMENT TO PLAINTIFF MEGAN LAUBE |

　　　　Pursuant to Fed. R. Civ. P. 68, Defendants Desert Fire LLC dba Silver Dollar Club and Damon Shrader (collectively, "Defendants") offer judgment to be taken against them by Plaintiff Megan Laube ("Plaintiff") in the total amount of Thirty-Five Thousand Dollars and Zero Cents ($35,000.00) on all Plaintiff's claims in her Complaint filed on March 9, 2022, exclusive of reasonable costs and fees incurred by Plaintiff on or before the date of this Offer.  The entitlement

to **and** amount of potentially recoverable reasonable costs and fees incurred on or prior to the date this Offer was made, if any, shall be determined by the Court upon application by Plaintiff.

Plaintiff may accept this Offer by serving written notice of acceptance within fourteen (14) days after service of this Offer. Payment of any judgment resulting from this Offer will be subject to all withholdings required by law. Pursuant to Fed. R. Civ. P. 68 and Fed. R. Evid. 408, if this Offer is not accepted within fourteen (14) days, it shall be deemed withdrawn and evidence thereof shall not be admissible except in a proceeding to determine reasonable costs and fees.

This Offer is for settlement purposes only and does not constitute an admission as to the validity of Plaintiff's claims. If this Offer is not accepted and filed within the time prescribed in Fed. R. Civ. P. 68, this Offer shall be deemed withdrawn, and shall not be given in evidence at trial and may be filed with the Court only after the case has been adjudicated on the merits and only if Plaintiff fails to obtain a judgment more favorable than this Offer. In such case, Plaintiff shall not recover costs, prevailing party fees, disbursements, or attorney fees incurred after the date of this Offer, but Defendants shall recover from Plaintiff their costs and disbursements from the date of the service of this Offer.

Dated:     August 12, 2022          LITTLER MENDELSON, P.C.

/s/ Joseph Q. Ridgeway
Anthony D. Kuchulis, OSB No. 083891
akuchulis@littler.com
Joseph Q. Ridgeway, OSB No. 213011
jridgeway@littler.com

Attorneys for Defendants

DEFENDANTS' OFFER OF JUDGMENT IS
HEREBY ACCEPTED:

_____
Attorney for Plaintiff Megan Laube

Page 2 – DEFENDANTS' SECOND OFFER OF JUDGMENT TO
PLAINTIFF MEGAN LAUBE

## CERTIFICATE OF SERVICE

I am a resident of the State of Oregon. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1300 SW 5th Ave., Suite 2050, Portland, Oregon 97201. On August 12, 2022, I served a full, true, and correct copy of the foregoing DEFENDANTS' SECOND OFFER OF JUDGMENT TO PLAINTIFF MEGAN LAUBE:

☐ By delivery via messenger, or otherwise by hand,
☐ By facsimile,
☒ By email, and/or the Court's electronic filing system
☒ Mailing same, postage paid,

S. Amanda Marshall, OSB No. 953473
**S. AMANDA MARSHALL, ATTORNEY AT LAW, LLC**
1318 NW Northup St.
Portland, OR 97209
Tel: (503) 472-7190
Email: amanda@maclaw.law

John P. Kristensen, CSB No. 224132
Admitted *Pro Hac Vice*
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Blvd.
Beverly Hills, CA 90211
Tel: (310) 273-1230
Email; kristensen@cz.law

I declare under penalty of perjury under the laws of the United States and of the State of Oregon that the above is true and correct.

Executed on August 12, 2022, at Portland, Oregon.

*/s/ Kaitlin G. Herbst*
Kaitlin G. Herbst