IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| MEGAN LAUBE, an individual, KENZA MINKLER, an individual, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>DESERT FIRE LLC dba SILVER DOLLAR CLUB, an Oregon Limited Liability Company; DAMON SHRADER, an individual; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.: 6:22-cv-00378-AA<br><br>**COLLECTIVE ACTION**<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF MEGAN LAUBE** |

On August 14, 2022, defendants Desert Fire LLC dba Silver Dollar Club and Damon Shrader (collectively, "Defendants") served plaintiff Megan Laube ("Plaintiff" or "Laube") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of THIRTY-FIVE THOUSAND U.S. DOLLARS ($35,000), exclusive of reasonable attorneys' fees and costs. On August 24, 2022, Plaintiff accepted the offer. *See* Dkt. 21.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of THIRTY-FIVE THOUSAND U.S. DOLLARS ($35,000), exclusive of reasonable attorneys' fees and costs.

///

– 2 –

Accordingly, it is **ORDERED AND ADJUDGED** that judgment is entered for Plaintiff and against Defendants for the total sum of THIRTY-FIVE THOUSAND U.S. DOLLARS ($35,000), exclusive of reasonable attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: __February 3__, 2023

/s/Ann Aiken
THE HONORABLE ANN AIKEN
UNITED STATES DISTRICT JUDGE