IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| MEGAN LAUBE, an individual, KENZA MINKLER, an individual, individually and on behalf of all others similarly situated, | ) Case No.: 6:22-cv-00378-AA |
| | ) |
| | ) **COLLECTIVE ACTION** |
| | ) - |
| Plaintiffs, | ) |
| | ) **JUDGMENT IN FAVOR OF PLAINTIFF** |
| | ) **KENZA MINKLER** |
| v. | ) |
| | ) |
| DESERT FIRE LLC dba SILVER DOLLAR | ) |
| CLUB, an Oregon Limited Liability | ) |
| Company; DAMON SHRADER, an | ) |
| individual; and DOES 1 through 10, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

On June 23, 2022, defendants Desert Fire LLC dba Silver Dollar Club and Damon Shrader (collectively, "Defendants") served plaintiff Kenza Minkler ("Plaintiff" or "Minkler") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of ELEVEN THOUSAND U.S. DOLLARS ($11,000), exclusive of reasonable attorneys' fees and costs. On July 6, 2022, Plaintiff accepted the offer. *See* Dkt. 21.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of ELEVEN THOUSAND U.S. DOLLARS ($11,000), exclusive of reasonable attorneys' fees and costs.

///

///

Accordingly, it is **ORDERED AND ADJUDGED** that judgment is entered for Plaintiff and against Defendants for the total sum of ELEVEN THOUSAND U.S. DOLLARS ($11,000), exclusive of reasonable attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: __February 3,____ 2023          _____
                                                                /s/Ann Aiken
                                                 THE HONORABLE ANN AIKEN
                                                 UNITED STATES DISTRICT JUDGE