S. Amanda Marshall
OSB No. 953473
**S. Amanda Marshall, LLC**
1318 NW Northup Street
Portland, Oregon 97209
Phone: (503) 472-7190
amanda@maclaw.law

John P. Kristensen *(Pro Hac Vice)*
California Bar No. 224132
Alina S. Vulic *(Pro Hac Vice)*
California Bar No. 337080
**Carpenter & Zuckerman**
8827 West Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 273-1230
Fax: (310) 858-1063
kristensen@cz.law
avulic@cz.law

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| MEGAN LAUBE, an individual, KENZA MINKLER, an individual, KIMBERLY AGUIRRE MERAZ, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>DESERT FIRE LLC dba SILVER DOLLAR CLUB, an Oregon limited liability company; DAMON SHRADER, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 6:22-cv-00378-AA<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFF HANNAH THORNTON'S NOTICE OF ACCEPTANCE** |

**COMES NOW** plaintiff Hannah Thornton ("Plaintiff"), by and through undersigned counsel, and submits Plaintiff's Notice of Acceptance of Desert Fire LLC dba Silver Dollar Club and Damon Shrader (collectively, "Defendants.") Federal Rule 68 Offer of Judgment as follows:

1. Plaintiff filed the consent to join this action on August 24, 2022. Dkt. 22.

2. On February 07, 2023, Defendants served Plaintiff with a Federal Rule 68 Offer in the amount of $5,000.00. *See* **Exhibit 1**.

3. Pursuant to Fed. R. Civ. P. 68, Plaintiff timely serves written notice of her acceptance of the offer via the Court's CM/ECF electronic filing system to Defendants' attorneys of record.

Respectfully submitted,

Dated: February 13, 2023

/s/ *Alina S. Vulic*
Alina S. Vulic
*(Pro Hac Vice*)
California Bar No. 337080
John P. Kristensen
*(Pro Hac Vice)*
California Bar No. 224132
**Carpenter & Zuckerman**
8827 West Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 273-1230
Fax: (310) 858-1063
*avulic@cz.law*
*kristensen@cz.law*

S. Amanda Marshall
OSB No. 953473
**S. Amanda Marshall, LLC**
1318 NW Northup Street
Portland, Oregon 97209
Phone: (503) 472-7190
*amanda@maclaw.law*

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I certify that on Monday, February 13, 2023, a true and correct copy of **PLAINTIFF HANNAH THORNTON'S NOTICE OF ACCEPTANCE** was served via CM/ECF on all participants of record, including the person(s) listed below, pursuant to Fed. R. Civ. P. 5.:

| | |
|---|---|
| Anthony D. Kuchulis<br>Sharon Bolesky<br>**LITTLER MENDELSON, P.C.**<br>1300 SW 5th Avenue<br>Wells Fargo Tower – Ste 2050<br>Portland, Oregon 97201<br>Telephone: (503) 221-0309<br>Fax No.: (503) 242-2457<br>*jridgeway@littler.com*<br>*sbolesky@littler.com*<br><br>**Attorneys for Defendants** | S. Amanda Marshall, OSB No. 953473<br>**S. AMANDA MARSHALL, ATTORNEY AT LAW, LLC**<br>1318 NW Northup St.<br>Portland, Oregon 97209<br>Tel: (503) 472-7190<br>*amanda@maclaw.law*<br>*ruth@maclaw.law*<br><br>**Co- Counsel for Plaintiffs** |

                                                      */s/ Alina S. Vulic*
                                                       Alina S. Vulic