IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| MEGAN LAUBE, an individual, KENZA MINKLER, an individual, HANNAH THORNTON, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DESERT FIRE LLC dba SILVER DOLLAR CLUB, an Oregon Limited Liability Company; DAMON SHRADER, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 6:22-cv-00378-AA<br><br>**COLLECTIVE ACTION**<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF HANNAH THORNTON** |

On February 07, 2023, defendants Desert Fire LLC dba Silver Dollar Club and Damon Shrader (collectively, "Defendants") served plaintiff Hannah Thornton ("Plaintiff" or "Thornton") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of FIVE THOUSAND U.S. DOLLARS ($5,000), exclusive of reasonable attorneys' fees and costs. On February 13, 2023, Plaintiff accepted the offer. *See* Dkt. 39.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of FIVE THOUSAND U.S. DOLLARS ($5,000), exclusive of reasonable attorneys' fees and costs.

///

///

– 2 –

Accordingly, it is **ORDERED AND ADJUDGED** that judgment is entered for Plaintiff and against Defendants for the total sum of FIVE THOUSAND U.S. DOLLARS ($5,000), exclusive of reasonable attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: __February 14__, 2023

/s/Ann Aiken
THE HONORABLE ANN AIKEN
UNITED STATES DISTRICT JUDGE