IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEGAN LAUBE, *et al..*,

    Plaintiffs,

v.

DESERT FIRE LLC, *et al.*,

    Defendants.

Civ. No. 6:22-cv-00378-AA

**JUDGMENT**

AIKEN, Judge:

    As stated in the accompanying stipulation, ECF No. 35, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ryann Muir and Defendants Desert Fire, LLC dba Silver Dollar Club stipulate to dismiss Ryann Muir and all of her claims with prejudice, without costs or attorneys' fees to any party, and with no right of appeal.

IT IS SO ORDERED.

    DATED this 16th day of February, 2023.

                                    /s/Ann Aiken
                                        Ann Aiken
                              United States District Judge