IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**MEGAN LAUBE, et al,**

    Plaintiffs,　　　　　　　　　　Civ. No. 6:22-cv-00378-AA

v.　　　　　　　　　　　　　　**JUDGMENT**

**DESERT FIRE LLC, et al**

    Defendants.

---

AIKEN, District Judge:

    Pursuant to the parties' stipulated dismissal entered for Plaintiff Kimberly Aguirre Meraz, and offers of judgment entered for Plaintiffs Ryann Muir, Kenza Minkler, Hannah Thornton, and Megan Laube, all Plaintiffs have been terminated and this case is closed, notwithstanding resolution of reasonable attorney fees, if any.

    It is so ORDERED and DATED this <u>8th</u> day of March 2023.

                                                        /s/Ann Aiken

                                                              Ann Aiken
                                                     United States District Judge