IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| MEGAN LAUBE, an individual, KENZA MINKLER, an individual, HANNAH THORNTON, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DESERT FIRE LLC dba SILVER DOLLAR CLUB, an Oregon Limited Liability Company; DAMON SHRADER, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 6:22-cv-00378-AA<br><br>**COLLECTIVE ACTION**<br><br>**JUDGMENT IN FAVOR OF CARPENTER ZUCKERMAN AND S. AMANDA MARSHALL, LLC** |

On February 3, 2023, this Court entered judgment in favor of plaintiff Megan Laube ("Plaintiff" or "Laube") and against defendants Desert Fire LLC dba Silver Dollar Club and Damon Shrader (collectively, "Defendants") pursuant to a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of THIRTY-FIVE THOUSAND U.S. DOLLARS ($35,000), exclusive of reasonable attorneys' fees and costs. *See* Dkt. 37.

On February 3, 2023, this Court entered judgment in favor of plaintiff Kenza Minkler ("Plaintiff" or "Minkler") and against Defendants pursuant to a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of ELEVEN THOUSAND U.S. DOLLARS ($11,000), exclusive of reasonable attorneys' fees and costs. *See* Dkt. 38.

On February 24, 2023, counsel for Laube and Minkler (Carpenter Zuckerman and S. Amanda Marshall, LLC) filed a Motion for Fees and Costs. *See* Dkt. 45. On July 5, 2023, this Court, after reviewing the Motion, the Opposition and the Reply issued an Order that granting in part and denied in part the Motion. Carpenter Zuckerman and S. Amanda Marshall, LLC were awarded fees and costs prior to August 13, 2022, which total $23,760 with $625.00 in costs and $23,145.00 in fee. *See* Dkt. 50.

Accordingly, it is **ORDERED AND ADJUDGED** that judgment is entered for Carpenter Zuckerman and S. Amanda Marshall, LLC and against Defendants for the total sum of TWENTY-THREE THOUSAND ONE HUNDRED FORTY FIVE DOLLARS ($23,145).

**IT IS SO ORDERED.**

Dated: ___9/13/2023___                    ___/s/Ann Aiken___
                                          THE HONORABLE ANN AIKEN
                                          UNITED STATES DISTRICT JUDGE